IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTHER R. PADILLA,** : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | No. 14-cv-2102 |
| : | |
| **STATE FARM MUTUAL** : | |
| **AUTOMOBILE INSURANCE** : | |
| **COMPANY,** : | |
| Defendant. : | |

**O R D E R**

**AND NOW**, this 8th day of July, 2014, upon consideration of the defendant's motion to dismiss for failure to state a claim (Doc. No. 4) and the plaintiff's response thereto (Doc. No. 7, 8), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.